IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROGER JOSEPH BUCKNER                                                    PLAINTIFF

                    v.                    Civil No. 10-5171

DEPUTY SAM CAUDLE, Washington
County Detention Center; DEPUTY
JACOB GARDNER, Washington County
Detention Center; DEPUTY JOSH RHODES,
Washington County Detention Center; and
CORPORAL NATHEN MATHEWS,
Washington County Detention Center                                     DEFENDANTS

## <u>REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE</u>

Plaintiff filed this civil rights action pursuant to the provisions of 42 U.S.C. § 1983. He

proceeds *pro se* and *in forma pauperis*.

When he filed this case, Plaintiff was incarcerated in the Washington County Detention

Center. In October of 2010, Plaintiff notified (Doc. 8) the Court that he had been transferred to

the Arkansas Department of Correction (ADC), Diagnostic Unit.

On May 3, 2011, mail sent to the Plaintiff at the ADC was returned as undeliverable. The

Court then obtained the home address Plaintiff listed when he was incarcerated. A change of

address was entered (Doc. 15) on Plaintiff's behalf. On June 8, 2011, mail sent to the home

address was returned as undeliverable. No other address is available.

When he filed this case, Plaintiff was advised that he had an obligation to keep the Court

informed at all times of his current address. (Doc. 2). He was also advised that if the Court

received returned mail, the case would be subject to dismissal. (Doc. 2).

-1-

I therefore recommend that this case be dismissed based on Plaintiff's failure to keep the Court informed of his address and his failure to prosecute the case.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 13th day of June 2011.


/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE