```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**ROGER JOSEPH BUCKNER**                                          **PLAINTIFF**

            v.           Civil No. 10-5171

**DEPUTY SAM CAUDLE**, Washington
County Detention Center;
**DEPUTY JACOB GARDNER**,
Washington County Detention
Center;  **DEPUTY JOSH RHODES**,
Washington County Detention
Center; and **CORPORAL NATHEN
MATHEWS**, Washington County
Detention Center                                                  **DEFENDANTS**

### O R D E R

Now on this 29th day of July, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #16), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is **dismissed**.

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE